# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Teresa Anne Bradley  
                Debtor(s)

CHAPTER 13

BKY. NO. 23-10380AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Michael Farrington*  
Michael Farrington  
15 Feb 2023, 15:56:20, EST

        KML Law Group, P.C.  
        701 Market Street, Suite 5000  
        Philadelphia, PA 19106-1532  
        (215) 627-1322