| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 055 |
|-----|------|-------|-------|-----------|-----|
| FJ7 | 003269 | 000025 | | 0000490043 | 1 |

## Earnings Statement 

TAMMAC HOLDINGS CORPORATION
613 BALTIMORE DRIVE #1
PLAINS TOWNSHIP PA 18702

Period Beginning: 11/19/2022
Period Ending: 12/02/2022
Pay Date: 12/09/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

TERESA BRADLEY
5906 WEST OXFORD STREET
PHILADELPHIA PA 19151

| Earnings | rate | salary/hours | this period | year to date |
|----------|------|--------------|-------------|--------------|
| Regular | 3076.93 | | 3,076.93 | 55,077.05 |
| Hol | | 8.00 | | |
| Pto | | 16.00 | | |
| Overtime | | | | 6,462.84 |
| Bonus | | | | 375.00 |
| Holiday | | | | 307.70 |
| Ltd | | | | 126.19 |
| **Gross Pay** | | | **$3,076.93** | 63,233.53 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,887.00

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Trad Irs | 3,076.93 | 63,107.34 |
| 401K Roth Irs | | 53,876.55 |

### Important Notes
COMPANY PH :- 570-830-0319

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -191.86 | 4,378.89 |
| | Social Security Tax | -179.00 | 3,732.07 |
| | Medicare Tax | -41.86 | 872.82 |
| | PA State Income Tax | -88.63 | 1,847.97 |
| | Philadelphia Income Tax | -116.62 | 2,405.98 |
| | PA SUI Tax | -1.85 | 37.94 |
| | **Other** | | |
| | Dental | -24.99* | 399.84 |
| | Medi Aetna | -160.46* | 2,567.36 |
| | Short Trm Disb | -27.95 | |
| | Vison | -4.48* | 71.68 |
| | Ltd/Post | | 126.19 |
| | **Net Pay** | **$2,239.23** | |
| | Checking | -1,000.00 | |
| | CHECKING | -1,239.23 | 39,457.39 |
| | **Net Check** | **$0.00** | |

### Additional Tax Withholding Information
Taxable Marital Status:
  PA:       Married
Exemptions/Allowances:
  PA:       N/A

---

TAMMAC HOLDINGS CORPORATION
613 BALTIMORE DRIVE #1
PLAINS TOWNSHIP PA 18702

Advice number: 00000490043
Pay date: 12/09/2022

Deposited to the account of
TERESA BRADLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8723 | xxxx xxxx | $1,000.00 |
| xxxxxx7426 | xxxx xxxx | $1,239.23 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| FJ7 | 003269 | 000025 | | 0000510040 | 1 |

**Earnings Statement** 

TAMMAC HOLDINGS CORPORATION
613 BALTIMORE DRIVE #1
PLAINS TOWNSHIP PA 18702

Period Beginning:   12/03/2022
Period Ending:      12/16/2022
Pay Date:           12/23/2022

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

TERESA BRADLEY
5906 WEST OXFORD STREET
PHILADELPHIA PA 19151

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 3076.93 | | 3,076.93 | 58,153.98 |
| Ltd | | | 27.95 | 154.14 |
| Pto | | 24.00 | | |
| Overtime | | | | 6,462.84 |
| Bonus | | | | 375.00 |
| Holiday | | | | 307.70 |
| **Gross Pay** | | | **$3,104.88** | 66,338.41 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,914.95

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Trad Irs | 3,076.93 | 66,184.27 |
| 401K Roth Irs | | 53,876.55 |

**Important Notes**
COMPANY PH - 570-830-0319

BASIS OF PAY: SALARY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -195.22 | 4,574.11 |
| | Social Security Tax | -180.73 | 3,912.80 |
| | Medicare Tax | -42.27 | 915.09 |
| | PA State Income Tax | -89.49 | 1,937.46 |
| | Philadelphia Income Tax | -117.67 | 2,523.65 |
| | PA SUI Tax | -1.86 | 39.80 |
| | **Other** | | |
| | Dental | -24.99* | 424.83 |
| | Ltd/Post | -27.95 | 154.14 |
| | Medi Aetna | -160.46* | 2,727.82 |
| | Short Trm Disb | -27.95 | |
| | Vison | -4.48* | 76.16 |
| | **Net Pay** | **$2,231.81** | |
| | Checking | -1,000.00 | |
| | CHECKING | -1,231.81 | 40,689.20 |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  PA:   Married
Exemptions/Allowances:
  PA:   N/A

---

TAMMAC HOLDINGS CORPORATION
613 BALTIMORE DRIVE #1
PLAINS TOWNSHIP PA 18702

Advice number:   00000510040
Pay date:        12/23/2022

Deposited to the account of
TERESA BRADLEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8723 | xxxx xxxx | $1,000.00 |
| xxxxxx7426 | xxxx xxxx | $1,231.81 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

01/06/2023

Teresa Bradley **2,253.55

Two thousand two hundred fifty three and 55/100************************************************************

Teresa Bradley
5906 W Oxford St
Philadelphia PA 19151
United States

| Tammac Holdings Corporation, 480 Swedesford Rd, Suite 200, Wayne PA 19087, United States, Phone: null |||||||
|---|---|---|---|---|---|---|
| Teresa Bradley ||| ******3852 | 12/17/2022-12/30/2022 || 01/06/2023 |

| Earnings | | | | |
|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD |
| PTO | 24:00 | 0.00 | 0.00 | 0.00 |
| Salary | | | 3,076.92 | 3,076.92 |
| Holiday | 8:00 | 0.00 | 0.00 | 0.00 |

| Taxes and Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Medicare Employee | 41.86 | 41.86 |
| Social Security Employee | 178.99 | 178.99 |
| Federal Withholding | 182.44 | 182.44 |
| Pennsylvania Withholding | 88.63 | 88.63 |
| Pennsylvania Unemploy... | 2.15 | 2.15 |
| PA, Tredyffrin TWP (Che... | 2.00 | 2.00 |
| Vision Insurance - VBA | 4.48 | 4.48 |
| Dental Insurance - Met Life | 24.99 | 24.99 |
| Voluntary Short Term Dis... | 27.95 | 27.95 |
| PA, Philadelphia Wage Tax | 109.42 | 109.42 |
| Medical Insurance - Aetna | 160.46 | 160.46 |
| Bank ####26 | 2,253.55 | 2,253.55 |

**Accrued Time**

| Description | This Period | | Year To Date | |
|---|---|---|---|---|
| | Used | Accrued | Used | Available |
| Sick | 0 | 0.00 | 0.00 | 0.00 |
| Vacation | 24 | 0.77 | 24.00 | (1.23) |

| This Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| $ 3,076.92 | $ 823.37 | $ 2,253.55 | $ 3,076.92 | $ 823.37 | $ 2,253.55 |

01/06/2023

Teresa Bradley                                                                    **2,253.55

Two thousand two hundred fifty three and 55/100***********************************************************************

Teresa Bradley
5906 W Oxford St
Philadelphia PA 19151
United States

| Tammac Holdings Corporation, 480 Swedesford Rd, Suite 200, Wayne PA 19087, United States, Phone: null |||||||
| Teresa Bradley ||| *******3852 | 12/17/2022-12/30/2022 | 01/06/2023 ||

| Earnings ||||| Taxes and Deductions |||
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| PTO | 24:00 | 0.00 | 0.00 | 0.00 | Medicare Employee | 41.86 | 41.86 |
| Salary |  |  | 3,076.92 | 3,076.92 | Social Security Employee | 178.99 | 178.99 |
| Holiday | 8:00 | 0.00 | 0.00 | 0.00 | Federal Withholding | 182.44 | 182.44 |
|  |  |  |  |  | Pennsylvania Withholding | 88.63 | 88.63 |
|  |  |  |  |  | Pennsylvania Unemploy... | 2.15 | 2.15 |
|  |  |  |  |  | PA, Tredyffrin TWP (Che... | 2.00 | 2.00 |
|  |  |  |  |  | Vision Insurance - VBA | 4.48 | 4.48 |
|  |  |  |  |  | Dental Insurance - Met Life | 24.99 | 24.99 |
|  |  |  |  |  | Voluntary Short Term Dis... | 27.95 | 27.95 |
|  |  |  |  |  | PA, Philadelphia Wage Tax | 109.42 | 109.42 |
|  |  |  |  |  | Medical Insurance - Aetna | 160.46 | 160.46 |
|  |  |  |  |  | Bank ####26 | 2,253.55 | 2,253.55 |

| Accrued Time |||||||
|---|---|---|---|---|---|---|
| Description | This Period || Year To Date ||||
|  | Used | Accrued | Used | Available |||
| Sick | 0 | 0.00 | 0.00 | 0.00 |||
| Vacation | 24 | 0.77 | 24.00 | (1.23) |||

| This Period ||| Year To Date |||
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| $ 3,076.92 | $ 823.37 | $ 2,253.55 | $ 3,076.92 | $ 823.37 | $ 2,253.55 |