01/20/2023

Teresa Bradley **2,253.53

Two thousand two hundred fifty three and 53/100***********************************************************************

Teresa Bradley
5906 W Oxford St
Philadelphia PA 19151
United States

**Tammac Holdings Corporation, 480 Swedesford Rd, Suite 200, Wayne PA 19087, United States, Phone: null**

| Teresa Bradley | | | | *******3852 | 01/02/2023-01/15/2023 | 01/20/2023 |

**Earnings**

| Description | Hours | Rate | Amount | YTD |
|---|---|---|---|---|
| PTO | 0:00 | | 0.00 | 0.00 |
| Salary | | | 3,076.92 | 6,153.84 |
| Holiday | 8:00 | 0.00 | 0.00 | 0.00 |

**Taxes and Deductions**

| Description | Amount | YTD |
|---|---|---|
| Medicare Employee | 41.86 | 83.72 |
| Social Security Employee | 179.00 | 357.99 |
| Federal Withholding | 182.44 | 364.88 |
| Pennsylvania Withholding | 88.63 | 177.26 |
| Pennsylvania Unemploy... | 2.16 | 4.31 |
| PA, Tredyffrin TWP (Che... | 2.00 | 4.00 |
| Vision Insurance - VBA | 4.48 | 8.96 |
| Dental Insurance - Met Life | 24.99 | 49.98 |
| Voluntary Short Term Dis... | 27.95 | 55.90 |
| PA, Philadelphia Wage Tax | 109.42 | 218.84 |
| Medical Insurance - Aetna | 160.46 | 320.92 |
| Bank ####26 | 2,253.53 | 4,507.08 |

**Accrued Time**

| Description | This Period | | Year To Date | |
|---|---|---|---|---|
| | Used | Accrued | Used | Available |
| Sick | 0 | 0.00 | 0.00 | 0.00 |
| Vacation | 0 | 0.00 | 0.00 | 166.00 |

**This Period**

| Earnings | Deductions | Net Pay |
|---|---|---|
| $ 3,076.92 | $ 823.39 | $ 2,253.53 |

**Year To Date**

| Earnings | Deductions | Net Pay |
|---|---|---|
| $ 6,153.84 | $ 1,646.76 | $ 4,507.08 |