IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| TERESA ANNE BRADLEY, | : CASE NO. 23-10380 AMC |
| DEBTOR, | |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : June 6, 2023 @ 10:00 a.m. |
| MOVANT, | |
| V. | |
| TERESA ANNE BRADLEY, | |
| RESPONDENT, | : RELATED TO DOCKET NO. 26 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Chapter 13 Plan, on the parties at the below addresses, on May 25, 2023, by:

**23-10380-AMC Notice will be electronically mailed to:**

Jonathan W. Chatham at RA-occbankruptcy7@state.pa.us

Michael A. Cibik at mail@cibiklaw.com, cibiklawpc@jubileebk.net, ecf@casedriver.com

Michael Patrick Farrington at mfarrington@kmllawgroup.com

Brian Craig Nicholas at bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee at ustpregion03.ph.ecf@usdoj.gov

Kenneth E. West at ecfemails@ph13trustee.com, philaecf@gmail.com

**23-10380-AMC Notice will not be electronically mailed to:**

LVNV Funding LLC
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC  29603

Quantum 3 Group LLC
Sadino Funding LLC
P.O. Box 788
Kirkland, WA  98083-0788

Synchrony Bank
c/o PRA Receivables Management LLC
P.O. Box 41021
Norfolk, VA  23541


EXECUTED ON:  May 25, 2023

                                              Respectfully submitted by,


By:   /s/ Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA Attorney I.D.:  209683
Phone: (717) 783-3673
Facsimile: (717) 772-1459