**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:  Case No. 23-10380-amc

    Teresa A. Bradley,  Chapter 13

        Debtor.

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Motion to Determine Value of Property and Allowed Secured Claim of OneMain Financial Group LLC along with all attachments and the notice on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Kenneth E. West (CM/ECF)

Madison X. Dilger
OneMain Financial
PO Box 3251
Evansville, IN 47731-3251


Date: June 1, 2023

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com