## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             :          CHAPTER 13

Teresa Anne Bradley

        DEBTOR                     :          BKY. NO.  23-10380-amc


### CERTIFICATION OF NO ANSWER,
### OBJECTION, OR OTHER RESPONSIVE PLEADING

1. That Michael A. Cibik, Esquire, hereby certifies that a true and correct copy of the MOTION TO DETERMINE VALUE OF PROPERTY was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

                                        Respectfully submitted,

DATE:  June 26, 2023            /s/ Michael A. Cibik
                                        MICHAEL A. CIBIK, ESQUIRE
                                        CIBIK LAW, P.C.
                                        1500 WALNUT STREET, STE. 900
                                        PHILADELPHIA, PA 19102
                                        (215) 735-1060