**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>    Teresa A. Bradley,<br><br>            Debtor. | Case No. 23-10380-amc<br><br>Chapter 13 |

**Order Granting Debtor's Motion to Determine Value of Property and Allowed Secured Claim of OneMain Financial Group LLC**

   **AND NOW**, upon consideration of the Debtor's Motion to Determine Value of Property and Allowed Secured Claim of OneMain Financial Group LLC, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. It is **DETERMINED** that the value of the 2012 Ford Fusion, VIN 3FAHP0JA0CR386757 is $3,802.00.

3. The secured component of Claim No. 12 is $3,802.00.

4. The unsecured component of Claim No. 12 is $6,021.88.

Date:  June 27, 2023

_____
Ashely M. Chan
U.S. Bankruptcy Judge