United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-10380-amc

Teresa Anne Bradley     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jun 28, 2023     Form ID: pdf900     Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Teresa Anne Bradley, 5906 W Oxford St, Philadelphia, PA 19151-3526 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 29 2023 00:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2023 00:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jun 29 2023 00:53:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2023 00:54:15 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2023 00:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2023 01:05:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023     Signature:     /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 28, 2023 | Form ID: pdf900 | Total Noticed: 7 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:**

**Name** **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

JOSEPH JASPER SWARTZ
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
    on behalf of Debtor Teresa Anne Bradley mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Teresa A. Bradley,<br><br>Debtor. | Case No. 23-10380-amc<br><br>Chapter 13 |

### Order Granting Debtor's Motion to Determine Value of Property and Allowed Secured Claim of OneMain Financial Group LLC

**AND NOW**, upon consideration of the Debtor's Motion to Determine Value of Property and Allowed Secured Claim of OneMain Financial Group LLC, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. It is **DETERMINED** that the value of the 2012 Ford Fusion, VIN 3FAHP0JA0CR386757 is $3,802.00.

3. The secured component of Claim No. 12 is $3,802.00.

4. The unsecured component of Claim No. 12 is $6,021.88.

Date:  June 27, 2023

Ashely M. Chan
U.S. Bankruptcy Judge