IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO.  13 |
| | : |
| TERESA BRADLEY, | : CASE NO. 23-10380 AMC |
| | : |
| DEBTOR | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : August 29, 2023 @ 10:00 a.m. |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| TERESA BRADLEY, | : |
| | : |
| RESPONDENT | : RELATED TO DOCKET NO. 26 |

**WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN**

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue
("Department"), by and through its Office of Chief Counsel, and upon review of the Debtor's
Amended Plan, the Department hereby withdraws its Objection to Debtor's Chapter 13 Plan.

Date:   August 29, 2023

Respectfully submitted,

/s/ Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459