IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| TERESA BRADLEY, | : CASE NO. 23-10380 AMC |
| DEBTOR | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME : August 29, 2023 @ 10:00 a.m. |
| MOVANT | : |
| V. | : |
| TERESA BRADLEY, | : |
| RESPONDENT | : RELATED TO DOCKET NO. 41 |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Withdrawal of Pennsylvania Department of Revenue's Certificate of Default, on the parties at the below addresses, on August 29, 2023, by:

**23-10380 AMC Notice will be electronically mailed to:**

Jonathan Wilkes Chatham at RA-occbankruptcy7@pa.gov

Michael A. Cibik at mail@cibiklaw.com, cibiklawpc@jubileebk.net, ecf@casedriver.com

Michael Patrick Farrington at mfarrington@kmllawgroup.com

Brian Craig Nicholas at bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph Jasper Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

Kenneth E. West at ecfemails@ph13trustee.com, philaecf@gmail.com

Office of the United States Trustee at ustpregion03.ph.ecf@usdoj.gov

**23-10380 AMC Notice will not be electronically mailed to:**

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

Quantum3 Group LLC as agent for Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

EXECUTED ON:  August 29, 2023

                                       Respectfully submitted by,

By:    /s/ Jonathan W. Chatham
Counsel
Office of Chief Counsel
PA Department of Revenue
Office of Chief Counsel
PO Box 281061
Harrisburg, PA 17128-1061
Attorney I.D. 209683
(717) 346-4640
Facsimile (717) 772-1459
jchatham@pa.gov