United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-10380-amc

Teresa Anne Bradley  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3

Date Rcvd: Oct 10, 2023      Form ID: 155      Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Teresa Anne Bradley, 5906 W Oxford St, Philadelphia, PA 19151-3526 |
| 14755602 | | Edwin J. Heck, 5906 W Oxford St, Philadelphia, PA 19151-3526 |
| 14755607 | + | Liberty Lending Llc, 11 Broadway Suite 1732, New York, NY 10004-1312 |
| 14766617 | + | Navient Solutions, LLC. on behalf of, American Student Assistance, Po box 16129, St. Paul, MN 55116-0129 |
| 14755612 | + | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14755614 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14755615 | + | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14755621 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14755593 | | Email/Text: bncnotifications@pheaa.org | Oct 11 2023 04:50:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14755594 | + | Email/Text: backoffice@affirm.com | Oct 11 2023 04:50:00 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14755595 | | Email/Text: bk@avant.com | Oct 11 2023 04:50:00 | Avant, Attn: Bankruptcy, PO Box 9183380, Chicago, IL 60691-3380 |
| 14779824 | | Email/Text: megan.harper@phila.gov | Oct 11 2023 04:50:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14755598 | | Email/Text: megan.harper@phila.gov | Oct 11 2023 04:50:00 | City of Philadelphia Law Department, Municipal Services Building, 1401 John F Kennedy Blvd 5th Floor, Philadelphia, PA 19102-1640 |
| 14755596 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 11 2023 04:53:17 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14766135 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 11 2023 04:53:17 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14755597 | | Email/Text: bankruptcy@philapark.org | Oct 11 2023 04:50:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14755599 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 11 2023 04:50:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14755600 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 11 2023 04:53:24 | Cws/cw Nexus, 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 14755601 | + | Email/Text: mrdiscen@discover.com | Oct 11 2023 04:49:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14788592 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 11 2023 04:50:00 | Educational Credit Management Corporation, PO |

Case 23-10380-amc   Doc 50   Filed 10/12/23   Entered 10/13/23 00:39:48   Desc Imaged
                              Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 10, 2023 | Form ID: 155 | Total Noticed: 43 |

| | | | |
| --- | --- | --- | --- |
| | | | Box 16408, St. Paul, MN, 55116-0408 |
| 14755603 | + Email/Text: bnc-bluestem@quantum3group.com | Oct 11 2023 04:50:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14755604 | + Email/Text: bnc-bluestem@quantum3group.com | Oct 11 2023 04:50:00 | Fingerhut Fetti/Webbank, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14755608 | Email/Text: loanme.bankruptcy@account-servicing.com | Oct 11 2023 04:50:00 | LoanMe, Inc., Attn: Bankruptcy 1900 S State College Bl, Anaheim, CA 92806 |
| 14755605 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 11 2023 04:50:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14755606 | Email/Text: PBNCNotifications@peritusservices.com | Oct 11 2023 04:49:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14763290 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:53:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755609 | + Email/PDF: pa_dc_claims@navient.com | Oct 11 2023 04:53:17 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14755610 | Email/PDF: cbp@omf.com | Oct 11 2023 04:53:21 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14755611 | + Email/Text: opportunitynotices@gmail.com | Oct 11 2023 04:50:00 | Opportunity Financial, LLC, 130 East Randolph Street Suite 3400, Chicago, IL 60601-6379 |
| 14755613 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2023 04:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14755616 | + Email/Text: bankruptcy@philapark.org | Oct 11 2023 04:50:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14755617 | ^ MEBN | Oct 11 2023 04:45:00 | Prosper Funding LLC, 221 Main Street Suite 300, San Francisco, CA 94105-1909 |
| 14784454 | Email/Text: bnc-quantum@quantum3group.com | Oct 11 2023 04:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14765772 | Email/Text: bnc-quantum@quantum3group.com | Oct 11 2023 04:50:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14773182 | Email/Text: bnc-quantum@quantum3group.com | Oct 11 2023 04:50:00 | Quantum3 Group LLC as agent for, BLST Marketing Sales & Receivables LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14755618 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 11 2023 04:50:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14755619 | + Email/Text: elevate@ebn.phinsolutions.com | Oct 11 2023 04:50:00 | RISE Credit, Attn: Bankruptcy, PO Box 101808, Fort Worth, TX 76185-1808 |
| 14765495 | ^ MEBN | Oct 11 2023 04:44:59 | Recovery Exchange, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14757616 | ^ MEBN | Oct 11 2023 04:45:01 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14770461 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 11 2023 04:50:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14755620 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:53:24 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965064, Orlando, FL 32896-5064 |
| 14755998 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:53:24 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14755622 | ^ MEBN | | |

| | Oct 11 2023 04:45:01 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14756140 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Teresa Anne Bradley mail@cibiklaw.com  cibiklawpc@jubileebk.net;ecf@casedriver.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Teresa Anne Bradley
      Debtor(s)

Chapter: 13
Bankruptcy No: 23−10380−amc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this October 10, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge, United States Bankruptcy Court

48
Form 155