# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Teresa Anne Bradley,<br><br>　　　　Debtor. | Case No. 23-10380-amc<br><br>Chapter 13 |

### Debtor's Motion to Approve Loan Modification

**AND NOW**, Debtor Teresa Anne Bradley, by her attorney, moves this Court to approve a loan modification with Rocket Mortgage in the form of order attached. The proposed loan modification is attached as Exhibit A.

Date: April 18, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
　　Michael I. Assad (#330937)
　　1500 Walnut Street, Suite 900
　　Philadelphia, PA 19102
　　215-735-1060
　　mail@cibiklaw.com