# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Teresa Anne Bradley,

              Debtor.

Case No. 23-10380-amc

Chapter 13

## Certificate of Service

    I certify that on this date I caused a true and correct copy of the Debtor's Motion to Approve Loan Modification along with the notice to be served on all parties on the Clerk's service list through the CM/ECF system.

Date: April 18, 2024

/s/ Michael I. Assad
Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com