**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | Case No. 23-10380-amc |
|---|---|
| Teresa Anne Bradley, | Chapter 13 |
| Debtor. | |

**Order Granting Debtor's Motion**
**to Approve Loan Modification**

**AND NOW**, upon consideration of the Debtor's Motion to Approve Loan Modification, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. If The Debtor and Rocket Mortgage ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

3. In the event the parties enter into a loan modification, the Debtor must (1) amend Schedules I and J to reflect any increase in monthly disposable income as a result of the loan modification, and (2) file an amended Chapter 13 plan reflecting the loan modification.

Date: May 22, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge